UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMONE L. TILLMAN,

                Plaintiff,

    v.

BO STANBURY, *et al.*,

               Defendants.

CASE NO. 2:23-cv-01929-KKE-GJL

REPORT AND RECOMMENDATION

Noting Date: February 16, 2024

      The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. Plaintiff Lamone L. Tillman, proceeding *pro se*, filed a proposed Complaint on December 17, 2023. Dkt. 1. Plaintiff did not pay the filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP"). *See* Dkt. 1. Plaintiff also failed to sign or date his proposed Complaint. *See id*. On December 15, 2023, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he had failed to meet the filing fee requirement and had not signed his proposed Complaint. Dkt. 2. The Clerk of Court instructed Plaintiff to submit the $405.00 filing fee or an IFP Application. *Id*. The Clerk of Court also attached the signature page of Plaintiff's proposed Complaint and requested that he sign and return the page. *Id*. Finally, the

REPORT AND RECOMMENDATION - 1

Clerk of Court warned Plaintiff that if he did not respond to the letter by January 16, 2024, the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee or filed an IFP Application, and has not returned the signature page of his proposed Complaint. As Plaintiff has failed to prosecute this case, the Court recommends this case be **DISMISSED without prejudice**. Further, as Plaintiff has not prosecuted this case, the Court finds an appeal would not be taken in good faith.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February 16, 2024, as noted in the caption.

Dated this 2nd day of February, 2024.

Grady J. Leupold
United States Magistrate Judge