UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAMONE L. TILLMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>BO STANBURY, *et al.*,<br><br>              Defendants. | CASE NO. 2:23-cv-01929-KKE-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold. Dkt. No. 4. Plaintiff has not filed objections to the Report and Recommendation, which recommends that this case be dismissed without prejudice for failure to prosecute. *Id*. The Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 1st day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1